UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESS RICHARD SMITH,<br><br>   Plaintiff,<br><br> v.<br><br>TONY GONZALEZ, S. BUTTICE, S. SUNDBERG, ROY GONZALEZ, LISA MORROW, R. HERZOG, J. AIYEKU, and WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>   Defendant. | NO: 4:17-CV-5082-RMP<br><br>ORDER DENYING RULE 60(b) MOTION, AFFIRMING ORDER TO AMEND OR VOLUNTARILY DISMISS, ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, AND RE-NOTING DEADLINE |

BEFORE THE COURT is Magistrate Judge Dimke's Report and Recommendation to deny Plaintiff's Motion for Temporary Restraining Order. ECF No. 14. Plaintiff, Jess Richard Smith, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis;* Defendants have not been served.

ORDER DENYING RULE 60(b) MOTION, AFFIRMING ORDER TO AMEND OR VOLUNTARILY DISMISS, ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, AND RE-NOTING DEADLINE -- 1

Mr. Smith did not file objections to the Report and Recommendation and his deadline for doing so was August 29, 2017. Rather, Mr. Smith filed a document titled, "Motion for Relief from Order CR 60," ECF No. 16, in which he challenges the Order directing him to amend or voluntarily dismiss, ECF NO. 13. Mr. Smith's Motion was noted for hearing on September 22, 2017, but considered without oral argument on the date signed below.

Mr. Smith seeks relief under Fed. R. Civ. P. 60 from the Court's screening Order, claiming the Magistrate Judge is "acting as an opposing party by raising Rule 12 defenses for the defendants." ECF No. 16 at 2. Mr. Smith's argument lacks merit. A federal court is statutorily obligated to screen complaints brought by prisoners. 28 U.S.C. §1915A(a). Although Mr. Smith was advised of the deficiencies of his complaint, he has not amended or dismissed it.

Rule 60(b) provides that "[o]n motion and upon such terms as are just, the court may relieve a party . . . from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence could not have been discovered in time to move for a new trial under Rule 59(b); . . . or (6) any other reason that justifies relief." Relief under Rule 60 "is to be used sparingly as an equitable remedy to prevent manifest injustice and is to be utilized only where extraordinary circumstances exist." *Harvest v. Castro*, 531 F.3d 737, 749 (9th Cir.

ORDER DENYING RULE 60(b) MOTION, AFFIRMING ORDER TO AMEND OR VOLUNTARILY DISMISS, ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, AND RE-NOTING DEADLINE -- 2

2008) (internal quotation marks and citation omitted). No final judgment or order has been entered in this action. Therefore, Rule 60(b) is not applicable.

To the extent Mr. Smith is challenging Magistrate Judge Dimke's Order to Amend or Voluntarily Dismiss under 28 U.S.C. § 636(A), he has failed to show that this Order is clearly erroneous or contrary to law. Therefore, **IT IS ORDERED** Plaintiff's Motion, ECF No. 16, will be **DENIED** and the Order to Amend or Voluntarily Dismiss, ECF No. 13, will be **AFFIRMED.**

On August 15, 2017, Magistrate Judge Dimke recommended denying Plaintiff's Motion for Temporary Restraining Order, ECF No. 5, as Mr. Smith had not yet presented a legally sufficient complaint and the Court was without jurisdiction to grant the Motion. There being no objections, **IT IS ORDERED** the Report and Recommendation, ECF No. 14, will be **ADOPTED in its entirety** and the Motion for Temporary Restraining Order, ECF No. 5, will be **DENIED.**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Relief from Order CR 60, ECF No. 16, is **DENIED.**

2. The Order to Amend or Voluntarily Dismiss, ECF No. 13, is **AFFIRMED.**

ORDER DENYING RULE 60(b) MOTION, AFFIRMING ORDER TO AMEND OR VOLUNTARILY DISMISS, ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, AND RE-NOTING DEADLINE -- 3

3. Magistrate Judge Dimke's Report and Recommendation to Deny Motion for Temporary Restraining Order, ECF No. 14, is **ADOPTED in its entirety.**

4. Plaintiff's Motion for Temporary Restraining Order, ECF No. 5, is **DENIED.**

5. The Clerk of Court shall **RE-NOTE** the deadline to Amend or Voluntarily Dismiss to **thirty (30) days** after the date of this Order.

The District Court Clerk is directed to enter this Order and provide a copy to Plaintiff, along with a form Motion to Voluntarily Dismiss Complaint **and a civil rights complaint form**.

**DATED** October 12, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER DENYING RULE 60(b) MOTION, AFFIRMING ORDER TO AMEND OR VOLUNTARILY DISMISS, ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, AND RE-NOTING DEADLINE -- 4

|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON | |
| JESS RICHARD SMITH,<br><br>                 Plaintiff,<br><br>   v.<br><br>TONY GONZALEZ, S. BUTTICE, S. SUNDBERG, ROY GONZALEZ, LISA MORROW, R. HERZOG, J. AIYEKU, and WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>                 Defendants. | NO: 4:17-CV-5082-RMP<br><br>MOTION TO VOLUNTARILY DISMISS COMPLAINT | |

Plaintiff JESS RICHARD SMITH requests the Court grant his Motion to Voluntarily Dismiss the Complaint pursuant to Rule 41(a), Federal Rules of Civil Procedure. Plaintiff is proceeding *pro se*; Defendants have not been served in this action.

     **DATED** this _____ day of _____ 2017.

                                        _____<br>
                                        JESS RICHARD SMITH

MOTION TO VOLUNTARILY DISMISS COMPLAINT -- 1