# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 22, 2018**

SEAN F. McAVOY, CLERK

JESS RICHARD SMITH,

*Plaintiff*

v.

ROY GONZALEZ, LISA MORROW, ROBERT HERZOG, and WASHINGTON DEPARTMENT OF CORRECTIONS,

*Defendant*

Civil Action No. 4:17-cv-05082-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  First Amended Complaint, ECF No. 25, is DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  pursuant to
28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), ECF No. 26, Order Dismissing First Amended Complaint 1915(g).

Date:  02/22/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates